IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:09-MJ-1625-JG-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO UNSEAL CASE** |
| | ) | |
| HYSEN SHERIFI, ET AL | ) | |
| 7833 FOXWOOD DR., | ) | |
| RALEIGH, NORTH CAROLINA | ) | |

This case comes before the court on the government's motion (D.E. 6) to unseal the above captioned case in its entirety. The government represents that a defendant in a related matter has requested access to the material therein and that all reasons advanced by the government in the original motion to seal are now moot.

Having duly considered this motion to unseal and for good cause shown, the court hereby GRANTS the motion, and the Clerk is hereby DIRECTED to unseal this case.

SO ORDERED this 8th day of October 2010.

James E. Gates
United States Magistrate Judge